UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHLOMO OVED,
on behalf of himself
and all similarly situated consumers,

        Plaintiff,

- against -

FINANCIAL RECOVERY SERVICES, INC.,

        Defendant.

Case No. 1:11-cv-5987-KAM-RLM

**STIPULATION OF DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-captioned matter be, and the same hereby is, voluntarily dismissed with prejudice as against FINANCIAL RECOVERY SERVICES, INC., pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, without costs or attorney's fees to any part as against the other.

Dated: June 19, 2012

| /s/ Adam J. Fishbein | /s/ Sergio Alves |
|---|---|
| Adam J. Fishbein | Sergio Alves |
| Attorney at Law | KAUFMAN BORGEEST & RYAN LLP |
| Attorney for Plaintiff | Attorneys for Defendant |
| SHLOMO OVED | FINANCIAL RECOVERY SERVICES, INC. |
| 483 Chestnut Street | 200 Summit Lake Drive |
| Cedarhurst, New York 11516 | Valhalla, New York 10595 |
| Phone: (516) 791-4400 | Phone: (914) 449-1000 |
| Fax: (516) 791-4411 | Fax: (914) 449-1100 |
| Email: fishbeinadamj@gmail.com | Email: salves@kbrlaw.com |

SO ORDERED,
    s/KAM
_____
UNITED STATES DISTRICT JUDGE
June 19, 2012